UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

SCOTT J. RETZLOFF
E5893 683RD AVE
MENOMONIE, WI 54751,
    Plaintiffs,

v.                                              Case No. 14-cv-765

CAROLYN W. COLVIN
COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

---

**NOTICE OF APPEAL**

---

    NOTICE IS HEREBY GIVEN that Plaintiff, Scott Retzloff, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgement by the Honorable James D. Peterson entered on December 4, 2015.

By: _____
    Matthew C. Lein
    State Bar I.D. No. 1084028
    Attorney for Applicant
    P.O. Box 761
    Hayward, WI 54843
    Phone: 715-634-4273